UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80032-TP-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STEVEN FOLAN,

    Defendant.

_____/

### ORDER ON DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

**THIS CAUSE** comes before the Court upon the Defendant's Motion for Early Termination of Supervised Release (D.E. 2). After reviewing the motion and the U. S. Probation Officer having no objection, it is

**ORDERED AND ADJUDGED** that the Defendant's Motion for Early Termination of Supervised Release **(D.E. 2) is GRANTED**.

**DONE AND ORDERED** at West Palm Beach, Florida this 28 day of February, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record